[Cite as *06/09/2003 Case Announcements,* 2003-Ohio-2914.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 9, 2003*

## MISCELLANEOUS DISMISSALS

**2003–0656.   Columbus S. Power Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 02–46–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *06/11/2003 Case Announcements,* 2003-Ohio-2902.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 11, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0543.   State ex rel. Yoder v. Ohio Adult Parole Auth.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0609.   State ex rel. Martin v. Madison Correctional Inst., Business Admr.**
In Mandamus. On answer of respondent, motion for summary judgment, and motion for summary judgment of Madison Correctional Institution Business Administrator.

On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0610.   Lutz v. Markus.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0624.   State ex rel. Ahmed v. Sargus.**
In Mandamus and Prohibition. On motion for summary judgment of Ohio Public Defender, motion to dismiss of Judge Jennifer Sargus, motion to dismiss of Clerk of Courts Marple, Kightliner, and Muir, and motion to dismiss of Frank Pierce and Michael Collyer. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0646.   State ex rel. Parker v. Pokorny.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.